

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-22-00154-CV

**IN RE** Richard C. **REIERSON**, Trustee of the
Charlotte, Brittingham & Nathaniel Family Trust, Relator

Original Proceeding[1]

### ORDER

On March 11, 2022, relator, Richard C. Reierson, Trustee of the Charlotte, Brittingham & Nathaniel Family Trust, filed a petition for writ of mandamus. The real parties in interest filed a response to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 22, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-PC-2310, styled *Stephen Josh Bell, Next Friend and Parent of Charlotte Bell, Brittingham Bell, and Nathaniel Bell, current beneficiaries of the Charlotte, Brittingham & Nathaniel Family Trust, and Interested Parties in the Estate of Kirsten Bell, deceased v. Richard Reierson, Trustee of the Charlotte, Brittingham & Nathaniel Family Trust and Independent Executor of the Estate of Kirsten Bell, deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.